

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2018

No. 04-17-00782-CR

Arthur Lee **KIMBEL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 6234
Honorable N. Keith Williams, Judge Presiding

# **O R D E R**

     Appellant's pro se brief was due September 17, 2018. On September 13, 2018, appellant filed a motion requesting a sixty (60) day extension of time to file his brief. After consideration, we **GRANT** appellant's motion and **ORDER** appellant's pro se brief due **on or before November 16, 2018**. **Appellant is advised that no further extensions of time to file his pro se brief will be granted absent written proof of extraordinary circumstances.**

_Marialyn Barnard_
Marialyn Barnard, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2018.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court